UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM JENKINS, aka<br>ADAM DEVON JENKINS,<br><br>  Petitioner,<br><br>vs.<br><br>ANTHONY HEDGPETH,<br><br>  Respondent. | Case No. CV 08-6152-PSG(RC)<br><br>JUDGMENT |

Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

IT IS ADJUDGED that the petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

DATED: __October 29, 2010_____  /s/ Philip S. Gutierrez

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE

R&R\08-6152.jud
9/10/10